DANNY CHRISTIAN, Appellant, v. FRED W. JOHNSON and Another, Respondents. — Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

VITO RIEBECCO, Appellant, v. FRED W. JOHNSON and Another, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.